FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Bankston
(Last Name)   (Identification Number)

Duston       Lane
(First Name)   (Middle Name)

Pike County Jail
(Institution)

2109 Jesse Hall Rd. Magnolia MS. 39652
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 18 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

V.   CIVIL ACTION NUMBER: 5:25-cv-17-KS-BWR
(to be completed by the Court)

Pike County Jail
2109 Jesse Hall Rd
Magnolia MS. 39652

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes ( )   No (✓)

B. Are you presently incarcerated?
   Yes ( )   No (✓)

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Duston Bankston    Prisoner Number: N/A

Address: 2109 Jesse Hall Rd. Magnolia MS. 39652

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Pike County Jail is employed as Pike County Jail at Pike County Jail

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Duston Bankston    ADDRESS: 2109 Jesse Hall Rd. Magnolia MS. 39652

DEFENDANT(S):

NAME: Pike County Jail    ADDRESS: 2109 Jesse Hall Rd. Magnolia MS. 39652

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
  1. Parties to the action: _____
     _____

  2. Court (if federal court, name the district; if state court, name the county): _____
     _____

  3. Docket Number: _____

  4. Name of judge to whom case was assigned: _____

  5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____
     _____

CASE NUMBER 2.
  1. Parties to the action: _____
     _____

  2. Court (if federal court, name the district; if state court, name the county): _____
     _____

  3. Docket Number: _____

  4. Name of judge to whom case was assigned: _____

  5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____
     _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Frivilous arrest (document attached explaining) Rights violated, excessive Bond, Falsified documents, and Illegal search.

\* Read Document attached \*

God Bless you

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Lowered Bond and or Immediate Release for my job $250 a day (incarceration) Ankle Monitor Release or Drug Court

Signed this 12 day of February, 20 25.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_Austen Brulston_
Signature of plaintiff

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Black mold conditions Backed up Plumbing every Inmates Backedup shower Water Multiple Inmates in a cage with only 5 gallon Bucket to use (Inhumane Enviroment) Bleach and Pine Soil Chemical conditions could cause Cancer Staff Knew this was Inhumane No Ventilation using $CO_2$ Gas Heaters (Attached document to Read)

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Released and/or Drug Court/or Ankle Monitor or/and $250 daily while Incarcerated Bond lowered Own Recognised release

Signed this 12 day of February, 20 25.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
Signature of plaintiff

Conditions of Confinement

A) Black molding conditions
B) Backed up plumbing, standing water while showering
C) 1st first couple of weeks housed in library, no bathroom 5 gallon bucket was used w/ @ times half a dozen guys on floor with mats having to use bucket and smell bucket daily. No labortory or anyway to wash hands.
D) Flies migrating through sewage on C zone (trustee zone)

E) Bleach + pinesoll full concentration in bucket used for urination + defication — chemical reaction — Cl gas produce

F) No ventilation: at present the operators of facility are using a kerosene type shop heater to heat our area of jail this produces $CO_2$ on breathing air causing constant headaches/nausea long term $CO_2$/brain damage — no gas analizer test being monitored since placing for use which is ran daily all day

I also work in kitchen that has severe water damage to sheetrock + ductwork @ surfaces + above sheetrock + vent system. Black mold visable + exposed to for months.

Thank you,

Dustin Bankston